UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)     MDL DOCKET NO. 875

This Document Relates To:
JAMES MCGEE, ET AL. vs.
MINNESOTA MINING AND MANUFACTURING COMPANY, ET AL.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 3 0 2006
J.T. NOBLIN, CLERK
BY_____ DEPUTY

JAMES MCGEE, ET AL.     PLAINTIFFS

VS.     CIVIL ACTION NO.: 1:05CV362WJG

MINNESOTA MINING AND
MANUFACTURING COMPANY, ET AL.     DEFENDANTS

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

This cause, having come on to be heard on the motion *ore tenus* of Plaintiffs Betty G. Jackson and Lois M. Pulce to dismiss with prejudice, Defendant Georgia-Pacific Corporation, in the above referenced cause, and the Court, having considered the motion and other supporting grounds, is of the opinion that the motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Defendant Georgia-Pacific Corporation, be and the same are hereby dismissed with prejudice as to the claims of Plaintiffs Betty G. Jackson and Lois M. Pulce with each party to bear its own costs.

_____
James T. Giles
6/14/2006

SO ORDERED AND ADJUDGED, this _____ day of _____, 2006.

_____
SENIOR U.S. DISTRICT COURT JUDGE

AGREED TO AND APPROVED BY:

_____
Alice W. Coleman
Brent Coon & Associates
188 East Capitol Street
Suite 1375
Jackson, MS 39201

**ATTORNEY FOR PLAINTIFFS**

_____
Jessica B. DeGroote (MSB#99142)
Simine B. Reed (MSB#101259)
Forman Perry Watkins Krutz & Tardy LLP
200 South Lamar Street
City Centre Building, Suite 100
Jackson, MS 39201-2131

**ATTORNEY FOR DEFENDANT**